Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Joan Wildman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOAN WILDMAN,**<br><br>                        PLAINTIFF,<br><br>V.<br><br>**EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**<br><br>                        DEFENDANT. | Case No: 4:14-CV-02294-DMR<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. DONNA M. RYU |

//
//
//
//
//
//

1  Plaintiff JOAN WILDMAN hereby moves this Court to dismiss the above
2 entitled action with prejudice.
3  WHEREFORE, Plaintiff respectfully requests that this court dismiss this
4 action with prejudice.

Dated: June 27, 2014                          **HYDE & SWIGART**

                                              By: s/Crosby S. Connolly
                                                  Crosby S. Connolly
                                                  Attorney for Plaintiff